No. 97–6414. ARTEAGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 97–6416. STRACENER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6417. SHAY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 97–6423. CUEVAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 97–6427. SANTACRUZ-NARANJO v. UNITED STATES; and
No. 97–6443. HERNANDEZ-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 119 F. 3d 7.

No. 97–6437. POLK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6439. MCDANIEL, AKA COOKSEY, AKA HANSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6440. MCKINNEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 97–6441. JUVENILE NO. 1 v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6444. IZQUIERDO CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6446. BARBER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 97–6449. BELTRAN-BUSTAMANTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 97–6454. FELIX v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 97–6458. JAVIER NEVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6460. JAKOVICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.